UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAMPIDOGLIO LLC, CARMEN LLC, and SAN MARCO LLC,<br><br>               Plaintiffs,<br><br>   v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>               Defendants. | C12-949 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The United States Court of Appeals for the Ninth Circuit having issued its Mandate on October 4, 2017, the parties are DIRECTED to file a Joint Status Report by November 3, 2017.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of October, 2017.

                                      William M. McCool
                                      Clerk

                                      s/Karen Dews
                                      Deputy Clerk

MINUTE ORDER - 1