# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

CAMPIDOGLIO LLC, CARMEN LLC, and SAN MARCO LLC,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A., et al.,

    Defendants.

C12-949 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) On or before November 27, 2017, plaintiffs shall SHOW CAUSE why defendants Does 1-25 should not be dismissed with prejudice for failure to prosecute. *See* Fed. R. Civ. P. 4(m), 10(a), & 41(b); *see also* Ouma v. Clackamas Cnty., 663 Fed. App'x 544, 545 (9th Cir. 2016); Gillespie v. Civiletti, 629 F.2d 637, 642-43 (9th Cir. 1980).

(2) Having reviewed the parties' Joint Status Report, docket no. 304, the Court SETS the following dates and deadlines:

| **JURY TRIAL DATE (3-5 days)** | **April 8, 2019** |
|---|---|
| Exchange of supplemental initial disclosures | November 27, 2017 |
| Each side's opening brief, not to exceed twelve pages in length, regarding the scope of claims and defenses remaining in this action DUE | November 30, 2017 |
| Response briefs, not to exceed twelve pages in length, regarding the scope of claims and defenses remaining in this action DUE | December 15, 2017 |

MINUTE ORDER - 1

| Mediation pursuant to Local Civil Rule 39.1(c) | January 31, 2018 |
|---|---|
| Supplemental discovery concerning class certification issues completed by | February 28, 2018 |
| Any motion for class certification shall be filed by | March 15, 2018 |
| Disclosure of expert testimony | August 10, 2018 |
| Discovery motions filing deadline | October 4, 2018 |
| Discovery completion deadline | November 16, 2018 |
| Dispositive motions filing deadline | November 29, 2018 |
| Motions in limine filing deadline | March 7, 2019 |
| Agreed pretrial order due | March 21, 2019 |
| Trial briefs, proposed voir dire questions, and jury instructions due | March 21, 2019 |
| Pretrial conference | March 29, 2019 at 1:30 p.m. |

(3) On or before December 8, 2017, counsel shall meet and confer and, if possible, present a stipulation and proposed order concerning the disposition of funds that were deposited into the Registry of the Court pursuant to the Minute Order entered January 15, 2015, docket no. 299. *See* Local Civil Rule 67(b). If counsel cannot agree, the parties shall file a Joint Status Report setting forth their respective positions.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of November, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk