UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAMPIDOGLIO LLC, CARMEN LLC,
and SAN MARCO LLC,

                  Plaintiffs,

      v.

WELLS FARGO BANK, N.A.,

                  Defendant.

C12-949 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     By Minute Order entered November 9, 2017, docket no. 305, the Court directed plaintiffs to show cause why their claims against defendants Does 1-25 should not be dismissed for failure to prosecute. Having reviewed plaintiffs' response, docket no. 306, the Court hereby DISMISSES plaintiffs' claims against defendants Does 1-25. *See* Fed. R. Civ. P. 41(b).

(2)     Plaintiffs' unopposed motion to seal, docket no. 308, is GRANTED, and Exhibits A, B, and C to the Declaration of Raymond J. Farrow, docket nos. 311, 313, and 314, shall remain under seal.

(3)     Defendant's unopposed motion to seal, docket no. 310, is also GRANTED, and Exhibits D, E, and F to the Declaration of Robert J. Bocko, docket nos. 316, 317, and 318, which are duplicative of the materials described in Paragraph 2, above, shall remain under seal.

(4)     Plaintiffs' opening brief regarding the scope of claims and defenses remaining in this action, docket no. 307, was improperly noted as a motion. The noting date is STRICKEN and the motion is TERMINATED. Response briefs remain due on December 15, 2017. No reply shall be filed unless requested by the Court.

MINUTE ORDER - 1

1    (5)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

2
        Dated this 1st day of December, 2017.

3

4                                              William M. McCool
                                               Clerk

5
                                               s/Karen Dews
6                                              Deputy Clerk

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

MINUTE ORDER - 2