UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAMPIDOGLIO LLC, et al.,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

C12-949 TSZ

ORDER

The parties' stipulated motion, docket no. 321, is GRANTED, and the Clerk is hereby authorized and directed to draw a check on the funds deposited in the Registry of this Court in the principal amount of $9,608.89, *see* Minute Order (docket no. 299), plus all accrued interest, minus any statutory users fees, payable to Keller Rohrback L.L.P. and to mail the check to such payee at 1201 Third Avenue, Suite 3200, Seattle, WA 98101. *See* Local Civil Rule 67(b). Plaintiffs' counsel is DIRECTED to contact either SueLynn Vazquez (206.370.8417) or Shannon Gregor (206.370.8416) to supply the requisite tax identification number for the payee. *See id.*

The parties' joint motion, docket no. 320, for relief from a deadline is also GRANTED, and the deadline for mediation pursuant to Local Civil Rule 39.1(c) is

ORDER - 1

EXTENDED from January 31, 2018, to February 20, 2018. All other dates and deadlines set forth in the Minute Order entered November 9, 2017, docket no. 305, shall remain in full force and effect.

IT IS SO ORDERED.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

Dated this 13th day of December, 2017.

/s/ Thomas S. Zilly

Thomas S. Zilly
United States District Judge

ORDER - 2