UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAMPIDOGLIO LLC, et al.,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

C12-949 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion, docket no. 325, to extend the deadline for filing any motion for class certification is GRANTED as follows. The deadline for filing any motion for class certification is EXTENDED to May 3, 2018. All other dates and deadlines set forth in the Minute Order entered November 9, 2017, docket no. 305, as amended by the Order entered December 13, 2017, docket no. 322, shall remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of March, 2018.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1