UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAMPIDOGLIO LLC, et al.,

        Plaintiffs,

  v.

WELLS FARGO BANK, N.A.,

        Defendant.

C12-949 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Defendant's unopposed motion, docket no. 330, for leave to file an over-length response to plaintiffs' motion for class certification, is GRANTED. Defendant's 30-page response, filed on May 21, 2018, is accepted. Plaintiffs' reply shall not exceed fifteen (15) pages in length.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 22nd day of May, 2018.

                                 William M. McCool
                                 Clerk

                                 s/Karen Dews
                                 Deputy Clerk

MINUTE ORDER - 1