UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAMPIDOGLIO LLC, et al.,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

C12-949 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion, docket no. 352, is GRANTED, and Exhibit A thereto, docket no. 352-1, shall be considered as part of the record relating to plaintiffs' motion for class certification, docket no. 328.

(2) Plaintiffs' motion for class certification, docket no. 328, is RENOTED to August 3, 2018, and will be considered after the Court rules on the pending motion for summary judgment, docket no. 341, currently noted for August 3, 2018.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of July, 2018.

    William M. McCool
    Clerk

    s/Karen Dews
    Deputy Clerk

MINUTE ORDER - 1