UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAMPIDOGLIO LLC, et al.,

        Plaintiffs,

v.

WELLS FARGO BANK, N.A.,

        Defendant.

C12-949 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion, docket no. 356, to extend the expert disclosure deadline is GRANTED in part and DENIED in part as follows. The deadline for disclosure of expert testimony is EXTENDED from August 10, 2018, to September 14, 2018. The parties' stipulated motion is otherwise DENIED.

(2) Plaintiffs' motion for class certification, docket no. 328, is RENOTED to August 31, 2018, and will be considered after the Court rules on the pending motion for summary judgment, docket no. 341, which was recently renoted by the movant (for the third time) to August 31, 2018. *See* Third Notice (docket no. 357).

(3) The pending motion for summary judgment, docket no. 341, and the pending motion to compel discovery, docket no. 343, may not be renoted again without an order of the Court.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of August, 2018.

                William M. McCool
                Clerk

                s/Karen Dews
                Deputy Clerk

MINUTE ORDER - 1