# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

CAMPIDOGLIO LLC, et al.,

　　　　Plaintiffs,

　v.

WELLS FARGO BANK, N.A.,

　　　　Defendant.

C12-949 TSZ

ORDER

　　　The parties having advised the Court that this matter has been resolved, *see* Notice of Settlement (docket no. 359), and counsel having telephonically confirmed that no issue remains for the Court's determination,

　　　NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs. The pending motions for class certification, docket no. 328, for summary judgment, docket no. 341, and to compel discovery, docket no. 343, are STRICKEN as moot.

　　　In the event settlement is not perfected, any party may move to reopen and trial will be scheduled, provided such motion is filed within **90** days of the date of this Order.

ORDER - 1

1    The Clerk is directed to CLOSE this case and to send a copy of this Order to all
2 counsel of record.
3    IT IS SO ORDERED.
4    Dated this 15th day of August, 2018.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge