UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAMPIDOGLIO LLC; CARMEN LLC; and SAN MARCO LLC, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A., <br><br> Defendant. | C12-949 TSZ <br><br> ORDER |

The parties' stipulated motion, docket no. 361, is GRANTED as follows. Pursuant to the normal practice of the undersigned judge and his staff, all courtesy copies of papers electronically filed under seal in this matter, as well as all documents submitted to the Court for *in camera* review, have been delivered to a vendor that contracts with the Court to shred and properly dispose of confidential materials.

The Clerk is directed to send a copy of this Order to all counsel of record.

Dated this 11th day of October, 2018.

*/s/ Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

ORDER - 1